# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ROWENA WARD individually, and on behalf of the Estate of RORY WARD JR., and RORY WARD SR, individually,**  *Plaintiffs,* | §§§§§§ | |
| V. | §§ | CIVIL ACTION NO. 4:23-cv-1708 |
| **HARRIS COUNTY, TEXAS**, *et al.*  *Defendant.* | §§§ | |

## JOINT MOTION TO STAY

Harris County, James Fuller, Donna Reid (collectively, "Defendants"), and the Plaintiffs (collectively, "the Wards"), through their undersigned counsel, have conferred and jointly move the Court to stay discovery in this matter until resolution of the Defendants' pending motions to dismiss. Doc. 58; Doc. 67; Doc. 68. There is good cause to grant this request because (1) two of the filings raise a good-faith basis for staying discovery until the dispositive motions are resolved; (2) multiple served defendants have not yet filed answers; and (3) the Wards are still attempting to serve other similarly-situated individual defendants. Therefore, the current discovery deadlines, including expert disclosures, should be temporarily stayed and rescheduled once the pending and potentially similar yet-to-be-filed motions are decided.

Date: November 14, 2024

                                                    Respectfully submitted,

                                                    **SUSMAN GODFREY, L.L.P.**

/s/ *Jonathan J. Ross*
Jonathan J. Ross
State Bar No. 00791575
S.D. Bar No. 18293
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jross@susmangodfrey.com
**Attorney-in-Charge for the Wards**

OF COUNSEL:
Shawn Blackburn
State Bar No. 24089989
S.D. Bar No. 2799811
Hayden Hawkins
State Bar No. 24125270
S.D. Bar No. 3868137
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
sblackburn@susmangodfrey.com
hhawkins@susmangodfrey.com

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, &
REAL ESTATE DIVISIONS

By: */s/ Gregory Burnett*
GREGORY BURNETT

2

Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

SUZANNE BRADLEY
Senior Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 00793375
Federal ID No. 24567
Tel: (713) 274-5330 (direct)
Suzanne.Bradley@harriscountytx.gov

Harris County Attorney's Office
1019 Congress Street
Houston, Texas 77002
**ATTORNEY FOR HARRIS COUNTY**

By: */s/ James Butt*
JAMES BUTT
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
james.butt@harriscountytx.gov

Harris County Attorney's Office
1019 Congress Street
Houston, Texas 77002
**ATTORNEY FOR JAMES FULLER AND DONNA REID**

3

## **CERTIFICATE OF SERVICE**

    I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

                                                */s/ Jonathan J. Ross*
                                                Jonathan J. Ross