United States District Court
Southern District of Texas
**ENTERED**
November 19, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ROWENA WARD and RORY WARD SR, Plaintiffs, | § § § § § | CIVIL ACTION NO 4:23-cv-01708 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, TEXAS, *et al*, Defendants. | § § § | |

## ORDER

The joint motion to stay discovery pending ruling on several motions is GRANTED. Dkt 75.

Discovery in this matter STAYED until further order.

The joint motion notes that certain Defendants haven't yet been served, and that others haven't yet answered or filed their own motions.

The parties are ORDERED to confer and advise when pending and anticipated motions are expected to be ripe for consideration. The Court intends to set hearing on motions once ready.

SO ORDERED.

Signed on November 19, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge