# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROWENA WARD individually, and on behalf of the Estate of RORY WARD JR., and RORY WARD SR, individually,<br>    *Plaintiffs,*<br><br>V.<br><br>HARRIS COUNTY, TEXAS, et al.,<br>    *Defendants.* | § § § § § § § § § § § | CIVIL ACTION NO. 4:23-cv-1708 |

## NOTICE RE DEFENDANT DONNA REID'S REPLY TO PLAINTIFFS' RESPONSE TO HER AMENDED MOTION TO DISMISS

TO THE HONORABLE JUDGE ESKRIDGE:

Defendant Donna Reid joined her reply in support of her amended motion with the reply of nurses Tamica Thomas and Ayo Sirleaf DE 84 filed on January 9, 2025.

Date: January 16, 2025.

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, & REAL ESTATE DIVISIONS

1

Respectfully submitted,

By: */s/ James C. Butt*
**JAMES C. BUTT**
Sr. Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24040354
Fed. Bar No. 725423
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov
**CHARLES SHAW**
Assistant County Attorney
ATTORNEY-TO BE NOTICED
State Bar No. 24085951
Fed. Bar No. 3193599
Tel: (713) 274-3068 (direct)
charles.shaw@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
**ATTORNEYS FOR DEFENDANTS REID, THOMAS AND SIRLEAF**

## CERTIFICATE OF WORD COUNT

I, James C. Butt, certify Defendant Donna Reid's notice complies with Local Rule 7.1(f).

I further certify that, in preparation of this Notice, I used Word for Microsoft Office 365 Version 2108, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Notice contains 328 words.

*/s/ Jim Butt*

## CERTIFICATE OF SERVICE

I certify that, pursuant to the Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached is filed with the clerk of the court using CM/ECF system, which will send electronic notification for those of record.

*/s/ Jim Butt*
Jim Butt