# United States District Court

## Southern District of Texas

### Houston Division

| | | |
|---|---|---|
| Rowena Ward, et al. | § | Civil Action No. |
| Plaintiff, | § | 4:23–cv–01708 |
| | § | |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| | § | |
| Harris County, Texas, et al. | § | |
| Defendant. | § | |

## Notice of Setting

Take notice that a Motion Hearing is set as follows:

Monday, June 9, 2025, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002