## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ROWENA WARD, *et al.*** | § | **CIVIL ACTION NO.** |
| | § | **4:23-CV-1708** |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | **JUDGE CHARLES ESKRIDGE** |
| **HARRIS COUNTY, TEXAS, *et al.*** | § | |
| | § | |
| *Defendants.* | § | |

## STATUS REPORT

Pursuant to the Court's June 9, 2025 order (Doc. 92), the Plaintiffs hereby give notice that they have dismissed without prejudice the individual defendants who were not served.

Counsel for Plaintiffs notes that Detention Officer Kendrick Hafford was not served. Instead, Detention Officer Demitre Johnson was served. Therefore, the claims against Kendrick Hafford have been dismissed.

Respectfully submitted,

**SUSMAN GODFREY, L.L.P.**

*/s/ Jonathan J. Ross*
Jonathan J. Ross
State Bar No. 00791575
S.D. Bar No. 18293
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jross@susmangodfrey.com
**Attorney-in-Charge for Plaintiffs**

OF COUNSEL:

Shawn Blackburn
State Bar No. 24089989
S.D. Bar No. 2799811
Hayden Q. Hawkins
State Bar No. 24125270
S.D. Bar No. 3868137
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
sblackburn@susmangodfrey.com
hhawkins@susmangodfrey.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was

filed electronically using the Court's CM/ECF system on June 18, 2025.

*/s/ Jonathan J. Ross*
Jonathan J. Ross